IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS A. JOHNSON, III                                              PLAINTIFF

v.                              No. 4-01-CV-00245 SMR

WAL-MART STORES, INC.                                              DEFENDANT

### DEFENDANT'S MOTION IN LIMINE

Defendant, Wal-Mart Stores, Inc. ("Wal-Mart") by and through its undersigned attorneys, for its Motion In Limine, states:

1. Based upon Plaintiff's deposition testimony and an affidavit filed with Plaintiff's Response to Defendant's Motion for Summary Judgment, Wal-Mart anticipates that Plaintiff may testify or seek to introduce evidence of irrelevant, immaterial, or otherwise inadmissible evidence, including:

    a. Matters outside the time frame and scope of Plaintiff's claims;

    b. Alleged discrimination against other African-American or other minority Wal-Mart associates or ex-associates;

    c. The racial composition of Wal-Mart management or associates;

    d. Conduct and resulting disciplinary action against Caucasian associates not similarly situated to Plaintiff;

    e. Alleged isolated comments of non-decision makers; and

2. Wal-Mart moves in limine for an order to exclude any testimony, exhibit or reference relating to the issues listed in paragraph 1.

3. Wal-Mart anticipates, based on Plaintiff's deposition testimony and affidavit that Plaintiff will rely on out-of-court statements made by other associates. Wal-Mart moves, in

limine, for the Court to instruct Plaintiff's counsel, Plaintiff, and witnesses to refrain from any mention or interrogation of out-of-court statements without first requesting a ruling from the Court, outside the presence and hearing of all prospective jurors and jurors ultimately selected, concerning the admissibility of these matters.

4. Wal-Mart incorporates its Brief in Support of this Motion as if stated herein, word for word.

WHEREFORE, Wal-Mart Stores, Inc. prays that this Court grant its Motion in Limine.

Respectfully submitted,

CROSS, GUNTER, WITHERSPOON
 & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
P. O. Box 3178
Little Rock, AR 72203
TEL: (501) 371-9999
FAX: (501) 371-0035

By: _____
Scotty Shively (AR Bar No. 81144)
**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.**

## CERTIFICATE OF SERVICE

I, Scotty Shively, do hereby declare that a true and correct copy of the foregoing pleading was served via U. S. mail, postage prepaid, this 2d day of May, 2003.

Mr. Rickey Hicks
Attorney at Law
1100 North University, Suite 240
Little Rock, Arkansas 72207

_____
Scotty Shively

75098

-2-