FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 3 2003

JAMES W. McCORMACK, CLERK
By:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS A. JOHNSON, III                                                                             PLAINTIFF

v.                              No. 4:01CV00245 SMR

WAL-MART STORES, INC.                                                    DEFENDANT

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendant Wal-Mart Stores, Inc., by and through its undersigned attorneys, for its Motion to Enforce Settlement Agreement, states:

1. Plaintiff Curtis A. Johnson III, an employee of Wal-Mart Stores, Inc., filed an action alleging that his demotion was in violation of Title VII and 42 U.S.C. § 1981. The trial on that matter was scheduled for the week of May 12, 2003.

2. On May 9, 2003, counsel for Plaintiff and counsel for Defendant reached a settlement agreement which included all essential terms.

3. Counsel for both parties jointly negotiated in several telephone sessions the language to be included in a Confidential Settlement Agreement and General Release. On July 8, 2003, counsel for Plaintiff indicated that he was in agreement with the language, and the original documents were forwarded to him for execution.

4. Defendant began efforts to meet its commitments immediately after reaching an agreement on May 9, 2003 and continued to follow through on those commitments.

5. On August 1, 2003, a conference call was held with Plaintiff and Defendant and their respective counsel. At this time, for the first time Plaintiff asserted that he did not consider that he had a Settlement Agreement with Wal-Mart.

6. The terms of the Settlement Agreement between Plaintiff and Defendant have been agreed since May 2003 and the specific language in the Settlement Agreement has been agreed upon since July 8, 2003. Defendant has acted in good faith in reliance on that Agreement to its detriment.

7. Defendant requests that this Court enter an Order enforcing the settlement agreement negotiated between counsel for Plaintiff and counsel for Defendant. In the alternative, Defendant requests that the Court schedule an evidentiary hearing on this matter.

8. Defendant files its Memorandum Brief in Support of Motion to Enforce Settlement Agreement which includes exhibits documenting the Settlement Agreement.

WHEREFORE, Wal-Mart Stores, Inc. prays that this Court grant its Motion in to Enforce Settlement Agreement and dismissing the case, or in the alternative, schedule an evidentiary hearing, for attorney's fees and costs incurred, and for all other proper relief to which it may be entitled.

Respectfully submitted,

CROSS, GUNTER, WITHERSPOON
  & GALCHUS, P.C.
500 President Clinton Boulevard
Suite 200
P. O. Box 3178
Little Rock, AR 72203
TEL: (501) 371-9999
FAX: (501) 371-0035

By: _____
Scotty Shively (AR Bar No. 81144)

**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES, INC.**

## CERTIFICATE OF SERVICE

I, Scotty Shively, hereby state that a copy of the foregoing pleading was served the following on by U.S. Mail, postage prepaid, on this _12_ day of August, 2003:

Rickey Hicks
Attorney for Plaintiff
1100 North University, Suite 240
Little Rock, Arkansas 72207

_____
Scotty Shively

79448